# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>HP laptop, Serial Number 5CG3162TKQ<br>RCA tablet, Serial Number LA161EL1B3941<br>One 64 GB Monster Digital thumb drive | )<br>)<br>) Case No. MJ 15-386<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington  
*(identify the person or describe the property to be searched and give its location)*:

HP laptop, Serial Number 5CG3162TKQ as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before   September 4, 2015   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  _____ .

Date and time issued:   August 21, 2015
                                 3:15 pm                                     _____
                                                                                       *Judge's signature*

City and state:   Seattle, Washington                         JAMES P. DONOHUE, CHIEF MAGISTRATE JUDGE
                                                                                    *Printed name and title*

2015R00955

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: MJ 15-386 | Date and time warrant executed: 8/21/2015 4:30 pm | Copy of warrant and inventory left with: items already seized |
| Inventory made in the presence of: SA Steve Vrenneau | | |

Inventory of the property taken and name of any person(s) seized:

HP Laptop, S/N 5CG3162TKQ
RCA Laptop, S/N LA161EL1B3941
One 64 GB Monster Digital thumb drive

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.  9/23/15 /s/

Date: 9/22/2015

_____
Executing officer's signature

Ingrid Arbuthnot-Stohl, Special Agent
Printed name and title

2015R00955

# ATTACHMENT A

The following SUBJECT DEVICES:

- **One (1) 64 GB Monster Digital thumb drive**
- **RCA tablet, model RCT6203W46, Serial Number LA161EL1B3941**
- **HP laptop, Serial Number 5CG3162TKQ**

which are currently stored in the FBI Headquarters Office, located in Seattle, Washington.

# ATTACHMENT B
# ITEMS TO BE SEIZED

The following records, documents. files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed), photocopies or other photographic form, and electrical, electronic, and magnetic form (such as CDs, DVDs, smart cards, thumb drives, camera memory cards, electronic notebooks, or any other storage medium), that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. §§ 2252(a)(2) (Receipt or Distribution of Child Pornography), and 2252(a)(4)(B) (Possession of Child Pornography), which may be found at the SUBJECT DEVICES:

1. Any visual depiction of minor(s) engaged in sexually explicit conduct, in any format or media.

2. Letters, e-mail, text messages, and other correspondence identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer;

3. All invoices, purchase agreements, catalogs, canceled checks, money order receipts, credit card statements or other documents pertaining to the transportation or purchasing of images of minors engaged in sexually explicit conduct;

4. Any and all address books, names, lists of names, telephone numbers, and addresses of individuals engaged in the transfer, exchange, or sale of child pornography;

5. Any and all address books, names, lists of names, telephone numbers, and addresses of minors;

6. Any and all diaries, notebooks, notes, non-pornographic pictures of children, and any other records reflecting personal contact or other activities with minors;

7. Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

8. Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; and

9. Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data;

10. Evidence of who used, owned or controlled any seized digital device(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, saved user names and passwords, documents, and browsing history;

12. Evidence of malware that would allow others to control any seized digital device(s) such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malware; as well as evidence of the lack of such malware;

12. Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence;

13. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from a digital device;

14. Evidence of times the digital device(s) was used;

15. Any other ESI from the digital device(s) necessary to understand how the digital device was used, the purpose of its use, who used it, and when.

16. Evidence of Western Union transfers or other money transfers or other form of payment for child sexual exploitation materials.

Attachment B to Search Warrant - 2                           2015R00955